

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

| | |
|---|---|
| *Richard Russell Federal Building* | *Telephone: (404) 581-6000* |
| *75 Ted Turner Drive S.W.* | *Fax: (404) 581-6181* |
| *Suite 600* | |
| *Atlanta, Georgia 30303* | |

March 28, 2025

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:

*United States v. Avery Holcomb, et al, 1:25-CR-00079-1*

*United States v. Andrea Mitchell, et al, 1:25-CR-00004-1*

*United States v. Peter Oludele, et al, 1:21-CR-00054-1*

*United States v. Laird Shull, et al, 1:25-CR-00029-1*

*United States v. Sebastian Tomaszewski, et al, 1:21-CR-00055-1*

*United States v. Rashad Shahid, 1:25-CR-00006-1*

*United States v. Damian Addison, 1:22-CR — 00182-1*

*United States v. Karen Buckley, 1:24-CR-00131-1*

*United States v. Ronald O. Deabler, 1:25-CR-00003-1*

*United States v. Jonathan Dupiton, et al, 1:25-CR-00068-1*

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on April 3, 2025 and from May 12, 2025 to May 16, 2025. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Tracia M. King*

TRACIA M. KING
*Assistant United States Attorney*